# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| EIRE OG INNOVATIONS LTD.<br><br>v.<br><br>CISCO SYSTEMS, INC. | § § § § § § | CASE NO. 2:24-cv-00224-JRG-RSP<br>(Lead Case) |
| EIRE OG INNOVATIONS LTD.<br><br>v.<br><br>FORTINET, INC. | § § § § § § | CASE NO. 2:24-cv-00225-JRG-RSP<br>(Member Case) |
| EIRE OG INNOVATIONS LTD.<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION | § § § § § § § | CASE NO. 2:24-cv-00226-JRG-RSP<br>(Member Case) |
| EIRE OG INNOVATIONS LTD.<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | § § § § § § | CASE NO. 2:24-cv-00227-JRG-RSP<br>(Member Case) |

## **ORDER**

The undersigned hereby recuses himself with regard to the above entitled and numbered civil actions.

**So ORDERED and SIGNED this 15th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE