### THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| EIREOG INNOVATIONS LTD.<br>v.<br>CISCO SYSTEMS, INC. | Case No. 2:24-cv-00224-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| EIREOG INNOVATIONS LTD.<br>v.<br>FORTINET, INC. | Case No. 2:24-cv-00225-JRG-RSP<br>(Member Case)<br>**JURY TRIAL DEMANDED** |
| EIREOG INNOVATIONS LTD.<br>v.<br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION | Case No. 2:24-cv-00226-JRG-RSP<br>(Member Case)<br>**JURY TRIAL DEMANDED** |
| EIREOG INNOVATIONS LTD.<br>v.<br>PALO ALTO NETWORKS, INC. | Case No. 2:24-cv-00227-JRG-RSP<br>(Member Case)<br>**JURY TRIAL DEMANDED** |

## <u>JOINT STATUS REPORT</u>

Pursuant to this Court's April 22, 2025 Notice of Hearing and the Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes, the parties respectfully file this Joint Report about the results of their lead/local meet and confer on Defendants' Motion to Compel (Dkt. 91), which is set for hearing on May 22, 2025. While the parties met and conferred and discussed their respective positions, they were unable to resolve the matters set forth in Defendants' Motion to Compel and presently remain at impasse on each motion. Plaintiff's opposition to Defendants' motion is due on Thursday, May 1, 2025. If there are any developments between now and the hearing date on May 22, 2025, the parties will update the Court.

Dated: April 29, 2025

Respectfully submitted,

By: */s/ Melissa R. Smith*
Joseph J. Mueller (pro hac vice)
joseph.mueller@wilmerhale.com
Dominic E. Massa (pro hac vice)
dominic.massa@wilmerhale.com
Louis W. Tompros (pro hac vice)
louis.tompros@wilmerhale.com
Sarah R. Frazier (pro hac vice)
sarah.frazier@wilmerhale.com
Jason H. Liss (pro hac vice)
jason.liss@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Facsimile: (617) 526-5000

Dennis Wang
dennis.wang@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Phone: (650) 858-6000
Facsimile: (650) 858-6100

Tamir Packin (*pro hac vice*)
tpackin@desmaraisllp.com
Kerri-Ann Limbeek (*pro hac vice*)
klimbeek@desmaraisllp.com
Brian Matty (*pro hac vice*)
bmatty@desmaraisllp.com
Deborah Mariottini (*pro hac vice*)
dmariottini@desmaraisllp.com
Jun Tong (*pro hac vice*)
jtong@desmaraisllp.com
Caitrianne Feddeler (*pro hac vice*)
cfeddeler@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401

Melissa R. Smith

**GILLAM & SMITH LLP**
303 South Washington Avenue Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

***Counsel for Defendants Cisco Systems, Inc. and
International Business Machines Corporation***

By: */s/ Melissa R. Smith*
David C. Dotson
dcdotson@duanemorris.com
Matthew C. Gaudet
mcgaudet@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: 404.253.6900
Facsimile: 404.253.6901

Melissa R. Smith
**GILLAM & SMITH LLP**
303 South Washington Avenue Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

***Counsel for Defendant Fortinet, Inc.***

By: */s/ Melissa R. Smith*
Betty H. Chen (24056720)
bchen@desmaraisllp.com
Gabrielle E. Higgins
ghiggins@desmaraisllp.com
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, CA 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901

Melissa R. Smith
**GILLAM & SMITH LLP**
303 South Washington Avenue Marshall, TX 75670
Telephone: (903) 934-8450

Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

**Counsel for Defendant Palo Alto Networks, Inc.**

By: */s/ Brett E. Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bclgpc.com
Seth Hasenour (TX SBN 24059910)
shasenour@bclgpc.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bclgpc.com
Jonathan Yim (NY SBN 5324967)
jyim@bclgpc.com
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24$^h$ Floor
New York, NY 10016
Telephone: (212) 951-0100

**Counsel for Plaintiff Eireog Innovations Limited**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Melissa R. Smith*
Melissa R. Smith