IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EIREOG INNOVATIONS LTD., | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 2:24-CV-00224-RWS-RSP |
| v. | § § | (Lead Case) |
| CISCO SYSTEMS, INC., | § § § | |
| *Defendant.* | § § | |

### ORDER

Previously, the Court appointed Scott Woloson as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Woloson's invoice for services through August 4, 2025, in the amount of $3,135.00 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff: $1,567.50

Defendants: $1,567.50

**SIGNED this 11th day of August, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE