THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EIREOG INNOVATIONS LTD.<br>v.<br>CISCO SYSTEMS, INC. | Case No. 2:24-cv-00224-RWS-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| EIREOG INNOVATIONS LTD.<br>v.<br>FORTINET, INC. | Case No. 2:24-cv-00225-RWS-RSP<br>(Member Case)<br>**JURY TRIAL DEMANDED** |
| EIREOG INNOVATIONS LTD.<br>v.<br>INTERNATIONAL BUSINESS MACHINES CORPORATION | Case No. 2:24-cv-00226-RWS-RSP<br>(Member Case)<br>**JURY TRIAL DEMANDED** |
| EIREOG INNOVATIONS LTD.<br>v.<br>PALO ALTO NETWORKS, INC. | Case No. 2:24-cv-00227-RWS-RSP<br>(Member Case)<br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff EireOg Innovations Ltd. respectfully files this Unopposed Motion to Amend the Docket Control Order and would show the Court as follows:

The current deadline for both the close of fact discovery and service of burden expert reports is October 10, 2025. In light of a third-party deposition scheduled for October 14, EireOg respectfully asks this Court to extend the deadline for fact discovery until October 14, 2025. In addition, EireOg respectfully asks this Court to extend the deadline for burden expert reports to October 17, 2025 so that it does not fall on the same day as the close of fact discovery, and to

correspondingly extend the deadlines for (1) rebuttal expert reports from October 31, 2025 to November 7, 2025, (2) close of expert discovery from November 14, 2025 to November 21, 2025, (3) dispositive and expert motions from November 25, 2025 to December 3, 2025, and (4) responses to dispositive and expert motions from December 12, 2025 to December 19, 2025.

The parties have already scheduled many party depositions, and are in the process of scheduling additional party depositions. At least two of those depositions are impacted by the information sought by EireOg's pending motions to compel technical information from Cisco and IBM (Dkt. Nos. 148-149), which the Court has set for hearing on October 8, 2025. In addition, there are currently five depositions scheduled for October 8-14, including third-party depositions, which require an extension of the fact discovery deadline and expert report deadline so that the parties have the benefit of the deposition transcripts prior to the expert report deadline. One of those depositions for third-party Intel is scheduled for October 10 (currently the deadline for the exchange of expert reports). At least that deposition requires expert travel to transport physical copies of the source code, which disrupts the completion of expert reports. In order to allow ample time for the parties to complete discovery, a modest one-week extension of the above-mentioned deadlines is necessary.

The Court's Docket Control Order indicates that altering the deadlines to file dispositive motions and motions to strike, and responses to those motions, requires a showing of good cause. EireOg respectfully submits that the combination of the number of depositions that are scheduled; the outstanding motions to compel; the outstanding third-party depositions; and the relatively minor adjustments of adding one week to each deadline, constitutes an adequate showing of good cause.

EireOg represents that this Motion is not sought for the purposes of delay but rather so that justice may be served. The parties have met and conferred and no party opposes the present motion.

Accordingly, EireOg respectfully requests that the Court grant this unopposed motion and issue an order adopting the proposed modifications to the Docket Control Order.

Dated: September 30, 2025

Respectfully submitted,

*/s/ Brett Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bclgpc.com
Seth Hasenour (TX SBN 24059910)
shasenour@bclgpc.com
Jonathan Yim (TX SBN 24066317)
jyim@bclgpc.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bclgpc.com
Scott E. Kolassa (CA SBN 294732)
skolassa@bclgpc.com
Michael McManus (DC Bar No. 493422)
mmcmanus@bclgpc.com
Amy E. Hayden (CA SBN No. 287026)
ahayden@bclgpc.com
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Phone: 212-951-0100

Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com
Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com
William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
**DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601

3

Telephone: (903) 230-9090
Facsimile: (903) 230-9661

***Attorneys for Plaintiff EireOg Innovations Limited***

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 30, 2025 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Brett Cooper*
Brett E. Cooper

## CERTIFICATE OF CONFERENCE

The Parties have complied with the meet and confer requirement and the motion is submitted as unopposed.

*/s/ Brett Cooper*
Brett E. Cooper