**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| EIREOG INNOVATIONS LTD.<br>v.<br>CISCO SYSTEMS, INC. | Case No. 2:24-cv-00224-RWS-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| EIREOG INNOVATIONS LTD.<br>v.<br>FORTINET, INC. | Case No. 2:24-cv-00225-RWS-RSP<br>(Member Case)<br>**JURY TRIAL DEMANDED** |
| EIREOG INNOVATIONS LTD.<br>v.<br>INTERNATIONAL BUSINESS MACHINES CORPORATION | Case No. 2:24-cv-00226-RWS-RSP<br>(Member Case)<br>**JURY TRIAL DEMANDED** |

**NOTICE OF JOINT JUROR QUESTIONNAIRE**

Pursuant to the Court's Docket Control Order and the Standing Order Regarding Use of Juror Questionnaires in Advance of Voir Dire, attached as Exhibit A is the parties' proposed Joint Juror Questionnaire.

Dated January 20, 2026

Respectfully Submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Counsel for Defendants*

*/s/ Greg Love*
Amir H. Alavi
Texas Bar No. 00793239
aalavi@aatriallaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@aatriallaw.com
Scott W. Clark
Texas Bar No. 24007003
sclark@aatriallaw.com
Masood Anjom
Texas Bar No. 24055107

Joseph J. Mueller (pro hac vice)
joseph.mueller@wilmerhale.com
Dominic E. Massa (pro hac vice) d
dominic.massa@wilmerhale.com
Louis W. Tompros (pro hac vice)
louis.tompros@wilmerhale.com
Sarah R. Frazier (pro hac vice)
sarah.frazier@wilmerhale.com
Jason H. Liss (pro hac vice)
jason.liss@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Facsimile: (617) 526-5000

Steven Horn (pro hac vice)
steven.horn@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave., NW
Washington, DC 20037
Phone: (202) 663-6000
Facsimile: (202) 663-6363

Mary (Mindy) V. Sooter (pro hac vice)
Mindy.Sooter@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Telephone: (720) 274-3164
Facsimile: (720) 274-3133

S. Dennis Wang
dennis.wang@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Phone: (650) 858-6000
Facsimile: (650) 858-6100

Tamir Packin (pro hac vice)
manjom@aatriallaw.com
C. Ryan Pinckney
Texas Bar No. 24067819
rpinckney@aatriallaw.com
Connie Flores Jones
Texas Bar No. 00793736
cfloresjones@aatriallaw.com
Justin Y. Chen
Texas Bar No. 24074024
jchen@aatriallaw.com
ALAVI & ANAIPAKOS PLLC
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
Facsimile: (713) 751-2341

Brett E. Cooper
NY Bar No. 4011011
bcooper@bclgpc.com
Seth Hasenour
Texas Bar No. 24059910
shasenour@bclgpc.com
Jonathan Yim
Texas Bar No. 24066317
jyim@bclgpc.com
Drew B. Hollander
NY Bar No. 5378096
dhollander@bclgpc.com
Scott E. Kolassa
California Bar No. 294732
skolassa@bclgpc.com
Michael McManus
DC Bar No. 493422
mmcmanus@bclgpc.com
BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, New York 10016
Telephone: (212) 951-0100

Justin Kurt Truelove
kurt@truelovelawfirm.com
TRUELOVE LAW FIRM
207 N Wellington
P O Box 1409
Marshall, Texas 75671
Telephone: (903) 938-8321

tpackin@desmaraisllp.com
Kerri-Ann Limbeek (pro hac vice)
klimbeek@desmaraisllp.com
Brian Matty (pro hac vice)
bmatty@desmaraisllp.com
Deborah Mariottini (pro hac vice)
dmariottini@desmaraisllp.com
Jun Tong (pro hac vice)
jtong@desmaraisllp.com
Caitrianne Feddeler (pro hac vice)
cfeddeler@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401

*Counsel for Defendants Cisco Systems Inc. and International Business Machines Corporation*

David C. Dotson
dcdotson@duanemorris.com
Matthew C. Gaudet
mcguadet@duanemorris.com
Alice E. Snedeker
asnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

Brianna Vinci
bvinci@duanemorris.com
Richard Hughes
rhughes@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Atlanta, Georgia 30309-3929
Telephone: (215) 979-1000
Facsimile: (215) 979-1020

*Counsel for Defendant Fortinet, Inc.*

Facsimile: (903) 215-8510

Gregory Phillip Love
greg@stecklerlaw.com
STECKLER WAYNE CHERRY & LOVE, PLLC
PO Box 948
107 East Main Street
Henderson, TX 75653
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

*Counsel for Plaintiff EireOg Innovations Ltd.*

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via ECF, to all counsel of record, on this the 20th day of January 2026.

/s/ *Greg Love*
Greg Love

**CERTIFICATE OF CONFERENCE**

I certify that the Parties' counsel has conferred regarding this Notice and that no Parties' counsel opposes this Notice.

/s/ *Greg Love*
Greg Love