# JUROR QUESTIONNAIRE

## Instructions

Dear Prospective Juror:

An important part of any trial is the jury selection process. During jury selection, the judge and the lawyers for the parties will ask all of the prospective jurors questions. These questions are necessary to ensure that those selected to serve on the jury are representative of our community at large, and can be fair and impartial judges of the facts. Giving complete and candid answers on this questionnaire and during jury selection is an important step for ensuring a fair and impartial trial, and is one of your important duties as a prospective juror.

What follows is a brief questionnaire. Please answer each question as completely and accurately as you reasonably can. Your answers will help reduce the amount of time needed to complete the jury selection process. If there is not sufficient space provided for you to complete your answer, please use the blank space on this page to complete your answer. The information provided by you will be treated as confidential and used only for purposes of jury selection in this case.

**Do not discuss either the questions or your answers with anyone, not even your family or friends.** If you do not understand a particular question, please write "I DO NOT UNDERSTAND" next to the question and it will be explained to you in Court.

Keep in mind there are no "right" or "wrong" answers, only complete and incomplete answers. Complete answers are far more helpful than incomplete answers because they make additional questioning unnecessary. Therefore, they shorten the time it takes to select a jury once you arrive at the Courthouse.

We thank you for your cooperation and your service as a prospective juror.

# JUROR QUESTIONNAIRE

OFFICIAL USE ONLY:
DO NOT MODIFY THIS BOX

**GENERAL QUESTIONS**

1. **JUROR NAME:**________________________________________**AGE:** __________
2. Where do you now work and what is your job? If unemployed/retired, answer for last job held: ____________________________________________
3. What previous jobs have you held? __________________________________
4. What is the last or highest level of school you completed? If college, please list field of study and any degree(s) received: _____________________________________
5. In what area(s) have you received special education or training? ____________________
6. What is your marital status? ☐ Never married ☐ Cohabitating ☐ Married ☐ Divorced ☐ Widowed/widower If married/cohabitating, what is your spouse/partner's occupation? __________
7. Have you ever served in the military? ☐ YES ☐ NO If **YES**, list which branch, when you served and last rank attained: ________________________________________
8. Regarding lawsuits (other than a divorce), have you been a [Check all that apply]:
   ☐ Plaintiff ☐ Defendant ☐ Witness ☐ Unsure ☐ Never been involved in a lawsuit
   Please explain**:** __________________________________________
9. Do you have strong opinions about lawsuits and the people who bring them? ☐ YES ☐ NO ☐ Unsure
   IF **YES**, please describe:______________________________________
10. Have you ever served on a jury? ☐ YES ☐ NO
    If **YES**:
    a. What kind(s) of case(s)? ___________________________________
    b. What was the jury's verdict? __________ c. Were you the foreperson? ☐ YES ☐ NO
11. Have you ever worked for the government (local, state, or federal)? ☐ YES ☐ NO
    IF **YES**, please describe: ________________________________________
12. Please list your social, political, civic or religious organizations, clubs, groups, or other affiliations: ____________________________________________
13. Have you held any positions of leadership in these organizations? What role? ______________
14. Have you, or an immediate family member, ever worked for a law firm? ☐ YES ☐ NO
    IF **YES**, please describe: ________________________________________
15. Have you or an immediate family member ever owned a small business? ☐ YES ☐ NO
    IF **YES**, please describe: ________________________________________
16. Have you or an immediate family member ever been an officer, director, or member of a corporation, partnership, or limited liability company? ☐ YES ☐ NO
    IF **YES**, please describe: ________________________________________
17. Where do you get most of your news? (circle all that apply)
    Newspaper (which ones?):______________ TV: CNN, NBC, ABC, CBS, FOX, PBS, OAN, Newsmax, Other
    YouTube (which channels)?: ______________________ Facebook, Twitter, Instagram
    Radio or Podcasts (what programs)?: ________________ Friends/Family/Word of mouth
    Magazines: TIME, Newsweek, U.S. News Other Sources: ____________________________
18. Do you believe that individuals or small businesses have little chance of protecting their interests when they conflict with powerful groups or large corporations? ☐ Strongly Agree ☐ Somewhat Agree ☐ Neutral ☐ Somewhat Disagree ☐ Strongly Disagree ☐ No Opinion
19. Do you believe that the court system allows individuals or small businesses to allege claims and have those claims decided fairly—win or lose—by juries, based on the evidence? ☐Strongly Agree ☐ Somewhat Agree ☐ Neutral ☐ Somewhat Disagree ☐ Strongly Disagree ☐ No Opinion

**PATENT QUESTIONS**

20. Have you or anyone you know ever invented, patented or designed anything? ☐ YES ☐ NO
    If **YES**:
    a. Who invented, patented, or designed it? ______________________________
    b. What was patented, invented, or designed? ______________________________
21. Have you, or someone close to you, ever had any dealings with the United States Patent and Trademark Office (USPTO)? ☐ YES ☐ NO
22. Have you ever applied for a patent? ☐ YES ☐ NO
23. Has anyone you know ever applied for a patent? ☐ YES ☐ NO ☐ Unsure
24. Have you or anyone close to you ever worked at a job where you or they were involved in the development or marketing of new products? ☐ YES ☐ NO ☐ Unsure

**CASE SPECIFIC QUESTIONS**

1. Have you ever felt that someone took your idea and used it without permission to benefit themselves?
   ☐ YES ☐ NO IF **YES**, please explain: ______________________________
2. Have you or someone close to you ever been accused or charged with trespassing?
   ☐ YES ☐ NO IF **YES**, please explain: ______________________________
3. Do you have any special training, education, or experience in the following areas? [Check all that apply]
   ☐Computer Networking ☐Computers ☐Telecommunications/cell phones/internet/Wi-Fi ☐Creative fields
   ☐Law or Legal Field ☐Contracts/Business Negotiations ☐Patents, Copyrights, or Trademarks
   If you checked any boxes, please explain: ______________________________
   ______________________________
4. Are you familiar with "EireOg," or "Cisco," or "Fortinet"?
   ☐ YES ☐ NO IF **YES**, please explain: ______________________________
5. Have you ever had a negative experience with, or do you hold a negative opinion of either EireOg or Cisco or Fortinet? ☐ YES, EireOg ☐ YES, Cisco ☐ YES, Fortinet ☐ NO IF **YES**, please explain:
6. Have you or anyone close to you ever worked for or had any business dealings or personal relationships with any of the following companies? ☐ Intel ☐ Atlantic IP ☐ Freescale Semiconductor ☐ NXP Semiconductor
   If YES, please explain: ______________________________
   ______________________________
7. I trust government agencies: ☐ A great deal ☐ A fair amount ☐ A slight amount ☐ Not at all ☐ No Opinion
8. Do you agree or disagree: I don't believe in the mainstream media.
   ☐ Strongly Agree ☐ Somewhat Agree ☐ Neutral ☐ Somewhat Disagree ☐ Strongly Disagree ☐ No Opinion
9. Do you agree or disagree: I prefer to buy from small businesses.
   ☐ Strongly Agree ☐ Somewhat Agree ☐ Neutral ☐ Somewhat Disagree ☐ Strongly Disagree ☐ No Opinion
10. Do you agree or disagree: I prefer to buy at the lowest price, regardless of whether the seller is a big, medium, or small company.
    ☐ Strongly Agree ☐ Somewhat Agree ☐ Neutral ☐ Somewhat Disagree ☐ Strongly Disagree ☐ No Opinion
11. Do you agree or disagree: I get upset when I think someone has been let off the hook too easily.
    ☐ Strongly Agree ☐ Somewhat Agree ☐ Neutral ☐ Somewhat Disagree ☐ Strongly Disagree ☐ No Opinion
12. What are your opinions about patent infringement: ______________________________
13. What are your opinions about big corporations: ______________________________
14. What are your opinions about technology companies: ______________________________

**FINAL QUESTION AND SIGNATURE**

15. Is there anything else you feel the Court and the parties should know about you and your ability to be a fair and impartial juror? ☐ YES ☐ NO
    If **YES**, please explain:______________________________

Prospective Juror Signature ______________________________Date: ________