## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

EIREOG INNOVATIONS LTD.,                     §
                                             §
           Plaintiff,                        §
                                             §
v.                                           §    CIVIL ACTION NO. 2:24-CV-224-RWS-RSP
                                             §                    *LEAD CASE*
CISCO SYSTEMS, INC.,                         §
                                             §
           Defendant.                        §

## ORDER

The above-captioned case was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636(b)(1). Now before the Court is Defendants Cisco Systems, Inc. and International Business Machines Corporation's Motion for Summary Judgment of No Infringement Under the Doctrine of Equivalents. Docket No. 207. On April 6, 2026, the Magistrate Judge entered a Report and Recommendation recommending denial of Defendants' motion. Docket No. 436. The set deadline for objections to be filed—April 14, 2026—has passed, and no objections have been filed by the parties. Because no objections have been filed, any aggrieved party is barred from *de novo* review by the District Judge of the Magistrate Judge's proposed findings, conclusions, and recommendations. Moreover, except upon grounds of plain error, an aggrieved party is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the

Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report of the Magistrate Judge (Docket No. 436) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that Defendants' Motion for Summary Judgment of No Infringement Under the Doctrine of Equivalents (Docket No. 207) is **DENIED**.

**So ORDERED and SIGNED this 17th day of April, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE