**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EIREOG INNOVATIONS LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-224-RWS-RSP |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

---

MINUTES FOR JURY SELECTION AND HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
APRIL 20, 2026

OPEN: 8:51 a.m.                                        ADJOURN: 3:10 p.m.

---

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Amir Alavi, Demetrios Anaipakos, Scott Clark, Masood Anjom, Amy Hayden, Greg Love, Kurt Truelove |
| ATTORNEY FOR DEFENDANT: | Joseph Mueller, Dominic Masa, Louis Tompros, Sarah Frazier, Steven Horn, Melissa Smith |
| LAW CLERK: | Vania Wang |
| COURTROOM DEPUTY: | Shedera Combs |
| COURT REPORTER: | Shelly Holmes |

---

| | |
|---|---|
| 8:51 a.m. | In-chambers conference with counsel |
| 9:05 a.m. | Recess |
| 9:29 a.m. | Venire panel seated |
| 9:29 a.m. | Case called; Parties announce ready; Court welcomes everyone, makes introductions, gives preliminary comments and discusses role as jurors |
| 9:44 a.m. | Court gives overview of case and trial timing and procedure |

| | |
|---|---|
| 9:47 a.m. | Court questions re potential hardships; Panel members respond |
| 9:48 a.m. | Court discusses voir dire process and purpose |
| 9:50 a.m. | Panel members make individual introductions |
| 10:28 a.m. | Court asks parties to make introductions of trial team and witnesses; Greg Love makes introductions for Plaintiff; Court questions panel members; Panel members responds; Joseph Mueller makes introductions for Defendant; Court questions panel members; No response from panel members |
| 10:38 a.m. | Court questions re experiences in prior jury service that would affect ability to serve in this case; No response from panel members |
| 10:57 a.m. | Court questions re previous involvement in justice system – individual or family or personal friend; Panel members respond |
| 10:45 a.m. | Court questions re ability to render verdict based solely on evidence and law; No responses from panel members |
| 10:46 a.m. | Court questions re following rules of conduct; No response from panel members |
| 10:50 a.m. | Court questions re issues with jury service this week; No response from panel members |
| 10:51 a.m. | Recess |
| 11:03 a.m. | Court gives overview of voir dire by counsel |
| 11:04 a.m. | Mr. Love conducts voir dire |
| 11:59 a.m. | Melissa Smith conducts voir dire |
| 12:01 p.m. | Bench conference |
| 12:03 p.m. | Court asks selected panel members to remain for individual voir dire – remainder of panel released for break |
| 12:04 p.m. | Individual voir dire |
| 12:17 p.m. | Ms. Smith argues for cause challenge; Mr. Love responds; Court grants cause challenge |

| 12:22 p.m. | Court addresses parties re panel member who knows Mr. Truelove |
| 12:24 p.m. | Court hears from panel member with hearing issue |
| 12:25 p.m. | Court gives parties fourteen minutes for strikes |
| 12:25 p.m. | Recess |
| 12:38 p.m. | Court reviews selected jurors with parties; Agreed by Plaintiff and Defendants |
| 12:40 p.m. | Jury panel seated |
| 12:41 p.m. | Court names selected jurors |
| 12:42 p.m. | Court releases panel members not chosen |
| 12:45 p.m. | Jury sworn in |
| 12:45 p.m. | Court gives instructions to jury |
| 12:54 p.m. | Jury excused |
| 12:55 p.m. | Amir Alavi discusses opening slides exchange; Mr. Mueller responds; Court will allow agreed to exchange |
| 12:59 p.m. | Mr. Mueller discusses issue with PX-52, license issue, and cross-examination of Plaintiff's technical expert; Mr. Alavi responds |
| 1:05 p.m. | Court will hear arguments on PX-52 issue this afternoon |
| 1:08 p.m. | Recess |
| 2:31 p.m. | Mr. Mueller argues issues on PX-52 |
| 2:39 p.m. | Court questions re Plaintiff not using exhibit; Mr. Mueller responds |
| 2:42 p.m. | Court questions re document being admitted; Mr. Mueller responds |
| 2:42 p.m. | Court questions re if a learned treatise; Mr. Mueller responds |
| 2:48 p.m. | Mr. Alavi responds to argument |
| 2:49 p.m. | Court questions re requirements of 803(18); Mr. Alavi responds |

| 2:51 p.m. | Court questions re analysis; Mr. Alavi responds |
| 2:51 p.m. | Court questions re presenter of paper; Mr. Alavi responds |
| 2:53 p.m. | Court questions re not referring to document; Mr. Alavi responds |
| 2:55 p.m. | Court questions re using numbers on slide nine; Mr. Alavi responds |
| 2:57 p.m. | Court questions re cross-examination; Mr. Alavi responds |
| 2:57 p.m. | Court questions re door being opened during cross; Mr. Alavi responds |
| 3:00 p.m. | Mr. Mueller responds |
| 3:03 p.m. | Court makes comments re position on issue |
| 3:05 p.m. | Court reviews trial management procedure order, including in-person meet and confer requirement |
| 3:08 p.m. | Mr. Alavi addresses demonstrative issue; Mr. Mueller responds |
| 3:10 p.m. | Court requests slides be filed on docket |
| 3:10 p.m. | Adjourned |