**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| EIREOG INNOVATIONS LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-224-RWS-RSP |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

**MINUTES FOR JURY TRIAL (DAY ONE)**
**HELD BEFORE JUDGE ROBERT W. SCHROEDER III**
**APRIL 21, 2026**

OPEN: 8:30 a.m.                                                      ADJOURN: 5:08 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Amir Alavi, Demetrios Anaipakos, Scott Clark, Masood Anjom, Amy Hayden, Greg Love |
| ATTORNEY FOR DEFENDANT: | Joseph Mueller, Dominic Masa, Louis Tompros, Sarah Frazier, Steven Horn, Melissa Smith |
| LAW CLERK: | Vania Wang |
| COURTROOM DEPUTY: | Shedera Combs |
| COURT REPORTER: | Shelly Holmes |

8:30 a.m.    Outside the presence of the jury; Court addresses overnight disputes

8:35 a.m.    Joe Mueller argues objection to slides 6 and 7; Mr. Alavi responds; Mr. Mueller responds; Court orders "in the world" language to be removed

8:37 a.m.    Mr. Mueller argues objection to opening slides with damages numbers; Mr. Alavi responds; Court overrules objection

8:40 a.m.    Mr. Mueller argues objection to slide 41; Mr. Alavi responds; Mr. Mueller responds; Court questions re factual disputes in slide; Mr. Mueller responds; Court overrules objection

| | |
|---|---|
| 8:46 a.m. | Dominic Massa argues objection to family photograph slides to be used with William Moyer; Mr. Alavi responds; Court requests cookie cake and fish photograph be removed |
| 8:49 a.m. | Mr. Massa argues objection to last to slides to be used with Mr. Moyer; Mr. Alavi responds; Court overrules objection |
| 8:53 a.m. | Mr. Alavi addresses withdrawing of slides for Dr. Brogioli based on withdrawal of Dr. Perryman's opinion relying on six licenses; Mr. Mueller responds |
| 8:56 a.m. | Mr. Alavi addresses Rule 26 issue |
| 8:56 a.m. | Mr. Demetrios Anaipakos asks for six and two minute warnings during opening |
| 8:57 a.m. | Recess |
| 9:06 a.m. | Court addresses proposed preliminary instructions; Counsel state no objections |
| 9:07 a.m. | Mr. Mueller invokes rule after openings; Mr. Alavi agrees |
| 9:07 a.m. | Mr. Mueller requests running objections; Mr. Alavi responds; Court will allow running objections |
| 9:09 a.m. | Jury in |
| 9:09 a.m. | Court gives preliminary instructions |
| 9:51 a.m. | Mr. Anaipakos begins opening statement for Plaintiff |
| 10:20 a.m. | Court confirms the rule is invoked; Counsel confirm; Court explains to jury |
| 10:22 a.m. | Jury out |
| 10:23 a.m. | Recess |
| 10:39 a.m. | Mr. Alavi questions re reading in stipulations; Mr. Mueller responds; Court will allow as agreed |
| 10:39 a.m. | Mr. Alavi questions re approaching the well; Court responds |
| 10:40 a.m. | Jury in |

| | |
|---|---|
| 10:41 a.m. | Mr. Anaipakos calls Bill Moyer |
| 10:41 a.m. | Bench conference |
| 10:42 a.m. | Witness sworn |
| 10:43 a.m. | Mr. Anaipakos begins direct examination of Mr. Moyer |
| 11:14 a.m. | Mr. Massa objects as opinion testimony; Court asks to rephrase |
| 11:23 a.m. | Mr. Massa begins cross-examination of Mr. Moyer |
| 11:49 a.m. | Mr. Anaipakos objects to improper impeachment; Court will allow him to get there; Mr. Anaipakos objects as no predicate for reading from the deposition; Court asks Mr. Massa to clarify |
| 11:53 a.m. | Mr. Anaipakos begins redirect of Mr. Moyer |
| 11:56 a.m. | Mr. Massa objects as leading; Court sustains |
| 11:56 a.m. | Mr. Massa objects; Mr. Anaipakos will move on |
| 11:57 a.m. | Mr. Massa objects as hearsay; Court sustains |
| 11:58 a.m. | Mr. Massa begins recross-examination of Mr. Moyer |
| 11:59 a.m. | Jury out |
| 12:01 a.m. | Recess |
| 1:04 p.m. | Outside the presence of the jury |
| 1:05 p.m. | Mr. Mueller addresses MIL precluding referring to Intel patents; Mr. Alavi responds |
| 1:07 p.m. | Mr. Alavi asks that Mr. Moyer be released from the rule; Mr. Mueller agrees; Court releases Mr. Moyer |
| 1:07 p.m. | Greg Love calls Lee Chastain; Witness sworn |
| 1:07 p.m. | Mr. Love begins direct examination of Mr. Chastain |
| 1:16 p.m. | Courtroom sealed |

| | |
|---|---|
| 1:17 p.m. | Bench conference |
| 1:18 p.m. | Mr. Love continues examination of Mr. Chastain |
| 1:29 p.m. | Courtroom unsealed |
| 1:31 p.m. | Mr. Mueller begins cross-examination of Mr. Chastain |
| 2:04 p.m. | Mr. Love begins redirect examination of Mr. Chastain |
| 2:06 p.m. | Bench conference |
| 2:06 p.m. | Court instructs jury to disregard witness testimony related to litigation |
| 2:08 p.m. | Mr. Love continues redirect examination of Mr. Chastain |
| 2:14 p.m. | Mr. Anaipakos calls Christopher Bullock |
| 2:15 p.m. | Bench conference |
| 2:17 p.m. | Witness sworn |
| 2:17 p.m. | Mr. Anaipakos begins direct examination of Christopher Bullock |
| 2:43 p.m. | Bench conference |
| 2:45 p.m. | Sarah Frazier begins cross-examination of Mr. Bullock |
| 3:13 p.m. | Mr. Anaipakos begins redirect-examination of Mr. Bullock |
| 3:25 p.m. | Ms. Frazier begins recross-examination of Mr. Bullock |
| 3:21 p.m. | Jury out |
| 3:22 p.m. | Recess |
| 3:53 p.m. | Mr. Alavi asks that Mr. Chastain be released from the rule; Mr. Mueller agrees; Court will release |
| 3:53 p.m. | Jury in |
| 3:54 p.m. | Amy Hayden reads stipulation to the jury; Court explains stipulations to the jury |

3:57 p.m.        Ms. Hayden calls Dr. Michael Brogioli; Witness sworn

3:57 p.m.        Ms. Hayden begins direct examination of Dr. Brogioli

4:07 p.m.        Ms. Hayden tenders Dr. Brogioli as an expert in the field of computer systems and architecture; Mr. Mueller states no objection

4:07 p.m.        Ms. Hayden continues direct examination of Dr. Brogioli

5:04 p.m.        Jury out

5:05 p.m.        Mr. Alavi requests time remaining; Court responds

5:05 p.m.        Mr. Mueller inquires about visiting with the witness outside of court; Court asks parties to reach an agreement other than when on cross-examination

5:06 p.m.        Mr. Mueller inquires about Dr. Brogioli voir dire; Court responds; Mr. Alavi responds; Court responds

5:08 p.m.        Adjourned