# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| EIREOG INNOVATIONS LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-224-RWS-RSP |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

---

MINUTES FOR JURY TRIAL (DAY TWO)
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
APRIL 22, 2026

OPEN: 8:29 a.m.                                              ADJOURN: 5:16 p.m.

---

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Amir Alavi, Demetrios Anaipakos, Scott Clark, Masood Anjom, Amy Hayden, Greg Love |
| ATTORNEY FOR DEFENDANT: | Joseph Mueller, Dominic Massa, Louis Tompros, Sarah Frazier, Steven Horn, Melissa Smith |
| LAW CLERK: | Vania Wang |
| COURTROOM DEPUTY: | Shedera Combs |
| COURT REPORTER: | Shelly Holmes |

---

| | |
|---|---|
| 8:29 a.m. | Outside the presence of the jury; Court takes up overnight disputes |
| 8:30 a.m. | Amir Alavi addresses overnight dispute number one – power point presentation; Louis Tompros responds; Court will allow Cisco to lay a foundation for power point slide |
| 8:38 a.m. | Mr. Alavi addresses overnight dispute number two – demonstrative to be used with Mr. Fahim; Mr. Tompros responds; Court overrules objection |
| 8:52 a.m. | Mr. Alavi addresses motion for judicial notice; Joseph Mueller responds; Court questions re handling this outside the presence of the jury and making document |

admissible; Mr. Alavi responds; Court will consider after viewing Defendant's response

9:00 a.m.    Mr. Alavi addresses Cisco MIL 6 on Intel financial interest in case; Mr. Mueller responds; Court asks what questions will be asked; Mr. Alavi responds; Mr. Mueller states no objection

9:08 a.m.    Recess

9:41 a.m.    In chambers conference

9:45 a.m.    Recess

9:49 a.m.    Court will postpone reading in of exhibits

9:50 a.m.    Jury in

9:51 a.m.    Court addresses released juror and agreement to proceed with seven person jury

9:52 a.m.    Amy Hayden continues direct examination of Dr. Brogioli

10:56 a.m.   Bench conference

10:59 a.m.   Jury out

10:59 a.m.   Outside the presence of the jury; Court takes up issue with testimony of Dr. Brogioli

11:00 a.m.   Ms. Hayden begins examines Dr. Brogioli

11:00 a.m.   Mr. Mueller objects as beyond scope of expert report and lack of foundation; Court overrules

11:13 a.m.   Mr. Mueller begins cross-examination of Dr. Brogioli

11:16 a.m.   Ms. Hayden objects as outside scope of purpose of hearing; Court overrules

11:34 a.m.   Ms. Hayden begins redirect examination of Dr. Brogioli

11:52 a.m.   Mr. Mueller begins recross examination of Dr. Brogioli

11:57 a.m.   Ms. Hayden begins redirect examination of Dr. Brogioli

| 12:04 p.m. | Court address position regarding Dr. Brogioli testimony |
|---|---|
| 12:06 p.m. | Recess |
| 12:45 p.m. | Court will hear argument with respect to issue with Dr. Brogioli testimony |
| 12:45 p.m. | Mr. Alavi argues |
| 12:46 p.m. | Court questions re Dr. Brogioli testimony; Mr. Alavi responds |
| 12:49 p.m. | Mr. Mueller responds |
| 12:58 p.m. | Court questions re what an expert relied on; Mr. Mueller responds |
| 1:00 p.m. | Mr. Alavi responds |
| 1:06 p.m. | Court questions re Intel processor or Cisco product; Mr. Alavi responds |
| 1:08 p.m. | Mr. Mueller responds |
| 1:13 p.m. | Court questions re testimony cited by Mr. Alavi; Mr. Mueller responds |
| 1:13 p.m. | Mr. Alavi responds |
| 1:15 p.m. | Recess |
| 1:24 p.m. | Court denies Defendant's request to exclude testimony about certain evidence that is not being sought to be admitted as an exhibit |
| 1:31 p.m. | Court questions re request for judicial notice; Mr. Alavi responds; Mr. Mueller agrees and request standing objection of the issues; Mr. Alavi agrees |
| 1:32 p.m. | Court charges 1.5 hours equally between parties for argument |
| 1:34 p.m. | Jury in |
| 1:36 p.m. | Ms. Hayden continues direct examination of Dr. Brogioli |
| 1:44 p.m. | Bench conference |
| 1:48 p.m. | Mr. Mueller begins cross-examination of Dr. Brogioli |
| 2:30 p.m. | Ms. Hayden objects as prior art; Mr. Mueller responds; Ms. Hayden withdraws |

objection

3:00 p.m.        Ms. Hayden begins redirect examination of Dr. Brogioli

3:14 p.m.        Mr. Mueller begins recross-examination of Dr. Brogioli

3:16 p.m.        Ms. Hayden begins redirect-examination of Dr. Brogioli

3:18 p.m.        Jury out

3:18 p.m.        Outside the presence of the jury; Mr. Alavi addresses knowledge of patent line of questioning; Court questions re no objection; Mr. Alavi responds; Court questions re MIL violation; Mr. Alavi responds; Mr. Mueller responds; Court questions re relevance; Mr. Alavi responds; Court will instruct jury at end of case and will allow submission of separate instruction if necessary

3:20 p.m.        Recess

3:35 p.m.        Jury in

3:36 p.m.         Mr. Alavi calls Bahaa Fahim; Witness sworn

3:37 p.m.        Mr. Alavi begins direct examination of Mr. Fahim

3:45 p.m.        Mr. Alavi objects as nonresponsive; Court sustains

3:52 p.m.        Mr. Alavi asks to publish to impeach; Mr. Tompros objects as to no inconsistency

3:51 p.m.        Bench conference

3:53 p.m.        Mr. Alavi continues direct examination of Mr. Tompros

3:54 p.m.        Mr. Alavi objects as nonresponsive; Court overrules

4:06 p.m.        Mr. Tompros objects as improper impeachment; Court states he is entitled

4:07 p.m.        Bench conference

4:08 p.m.        Mr. Alavi continues direct examination of Mr. Fahim

4:12 p.m.        Mr. Tompros begins cross-examination of Mr. Fahim

4:12 p.m.        Mr. Alavi objects; Mr. Tompros withdraws question

| 4:14 p.m. | Mr. Alavi objects; Mr. Tompros will rephrase |
|---|---|
| 4:15 p.m. | Bench conference |
| 4:19 p.m. | Mr. Tompros continues cross-examination of Mr. Fahim |
| 4:29 p.m. | Bench conference |
| 4:31 p.m. | Mr. Tompros continues cross-examination of Mr. Fahim |
| 4:54 p.m. | Courtroom sealed |
| 4:54 p.m. | Mr. Tompros continues cross-examination of Mr. Fahim |
| 4:57 p.m. | Courtroom unsealed |
| 4:58 p.m. | Jury out |
| 5:00 p.m. | Mr. Mueller addresses visiting with witness; Mr. Alavi agrees |
| 5:01 p.m. | Mr. Alavi addresses deposition designation issue re Prusko; Court questions re Atlantic IP; Mr. Alavi responds; Sarah Frazier responds; Mr. Alavi responds; Court questions re factual question; Mr. Alavi responds; Court questions re control; Mr. Alavi responds; Ms. Frazier responds |
| 5:10 p.m. | Courtroom sealed |
| 5:11 p.m. | Ms. Frazier continues response |
| 5:13 p.m. | Courtroom unsealed |
| 5:13 p.m. | Mr. Alavi responds |
| 5:14 p.m. | Court overrules objection |
| 5:14 p.m. | Connie Jones reads in exhibits used on 4/21/26: PX-4, 7, 10, 11,12, 16, 59, 65, 66, 67, 68, 71, 111, 114, 119; Melissa Smith states no objection; Court will receive |
| 5:15 p.m. | Mr. Alavi ask for time remaining; Court responds |
| 5:16 p.m. | Adjourned |