**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EIREOG INNOVATIONS LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-224-RWS-RSP |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

MINUTES FOR JURY TRIAL (DAY THREE)
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
APRIL 23, 2026

OPEN: 8:38 a.m.                                                      ADJOURN: 5:39 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Amir Alavi, Demetrios Anaipakos, Scott Clark, Masood Anjom, Amy Hayden, Greg Love, Connie Jones |
| ATTORNEY FOR DEFENDANT: | Joseph Mueller, Dominic Massa, Louis Tompros, Sarah Frazier, Steven Horn, Melissa Smith |
| LAW CLERK: | Vania Wang |
| COURTROOM DEPUTY: | Shedera Combs |
| COURT REPORTER: | Shelly Holmes |

| | |
|---|---|
| 8:38 a.m. | Outside the presence of the jury |
| 8:38 a.m. | Court addresses license issue re Prusko deposition designations objections |
| 8:45 a.m. | Sarah Frazier argues second reason licensable questions remains live; Court questions re period of time; Ms. Frazier responds; Amir Alavi responds |
| 8:48 a.m. | Demetrios Anaipakos addresses objection to Defendant's opening slides; Joseph Mueller responds; Court overrules objection |
| 8:55 a.m. | Amy Hayden addresses objection to Dr. Witchel's slides 9-12; Dominic Massa |

responds; Court overrules objection

| | |
|---|---|
| 9:00 a.m. | Jury in |
| 9:02 a.m. | Mr. Tompros continues cross-examination of Mr. Fahim |
| 9:03 a.m. | Mr. Alavi objects as leading; Court asks to rephrase |
| 9:19 a.m. | Mr. Alavi objects as no foundation; Court asks to lay foundation |
| 9:19 a.m. | Mr. Alavi objects as leading; Court asks to rephrase |
| 9:20 a.m. | Mr. Alavi objects under 803 |
| 9:20 a.m. | Bench conference |
| 9:26 a.m. | Mr. Tompros continues cross-examination of Mr. Fahim |
| 9:27 a.m. | Mr. Alavi objects as hearsay; Court sustains |
| 9:28 a.m. | Mr. Alavi objects as hearsay; Court sustains |
| 9:29 a.m. | Mr. Alavi objects under 803 |
| 9:29 a.m. | Bench conference |
| 9:31 a.m. | Mr. Tompros continues cross-examination of Mr. Fahim |
| 9:33 a.m. | Mr. Alavi objects as leading; Court asks to rephrase |
| 9:33 a.m. | Mr. Tompros offers DTX-222; Court overrules objection and admits DTX-222 |
| 9:39 a.m. | Jury out |
| 9:40 a.m. | Recess |
| 9:51 a.m. | Jury in |
| 9:52 a.m. | Mr. Alavi begins redirect examination of Mr. Fahim |
| 9:56 a.m. | Mr. Alavi requests to publish document; Mr. Tompros states no objection to admission of document if in evidence; Court admits exhibit |

| | |
|---|---|
| 10:07 a.m. | Mr. Alavi objects as nonresponsive; Court sustains |
| 10:15 a.m. | Mr. Alavi objects as nonresponsive; Court sustains |
| 10:24 a.m. | Mr. Alavi objects as improper rehabilitation, improper impeachment; Court overrules |
| 10:26 a.m. | Mr. Alavi objects |
| 10:26 a.m. | Bench conference |
| 10:28 a.m. | Mr. Alavi objects as to Rule 26, 403; Court sustains |
| 10:29 a.m. | Mr. Anaipakos calls Jerry Padian; Witness sworn |
| 10:29 a.m. | Mr. Anaipakos begins direct examination of Mr. Padian |
| 11:09 a.m. | Bench conference |
| 11:10 a.m. | Mr. Anaipakos continues direct examination of Mr. Padian |
| 11:13 a.m. | Mr. Mueller objects; Mr. Anaipakos responds; Court instructs to rephrase |
| 11:32 a.m. | Bench conference |
| 11:34 a.m. | Mr. Mueller begins cross examination of Mr. Padian |
| 11:44 a.m. | Jury out |
| 11:45 a.m. | Mr. Mueller addresses doors that have been open; Mr. Anaipakos responds; Court will consider and hear argument after break |
| 11:50 a.m. | Recess |
| 12:51 p.m. | Mr. Mueller argues re number of lawsuits; Mr. Anaipakos responds; Court overrules and will allow generally worded questions |
| 12:58 p.m. | Mr. Mueller addresses first litigation of '777 patent; Mr. Anaipakos confirms |
| 12:59 p.m. | Mr. Mueller requests Mr. Fahim be excused; Mr. Alavi agrees; Court excuses Mr. Fahim |
| 12:59 p.m. | Mr. Mueller addresses Magnetar issue; Court will wait to hear argument |

| | |
|---|---|
| 1:00 p.m. | Jury in |
| 1:01 p.m. | Mr. Mueller continues cross examination of Mr. Padian |
| 1:03 p.m. | Bench conference |
| 1:03 p.m. | Mr. Mueller continues cross examination of Mr. Padian |
| 1:04 p.m. | Bench conference |
| 1:05 p.m. | Mr. Mueller continues cross examination of Mr. Padian |
| 1:30 p.m. | Bench conference |
| 1:31 p.m. | Mr. Mueller continues cross examination of Mr. Padian |
| 2:05 p.m. | Mr. Anaipakos begins redirect examination of Mr. Padian |
| 2:12 p.m. | Mr. Mueller objects as leading; Court sustains |
| 2:16 p.m. | Mr. Mueller begin recross examination of Mr. Padian |
| 2:19 p.m. | Mr. Anaipakos begins redirect examination of Mr. Padian |
| 2:21 p.m. | Mr. Mueller objects as to lack of foundation, outside of the cross |
| 2:21 p.m. | Bench conference |
| 2:22 p.m. | Mr. Anaipakos continues redirect examination of Mr. Padian |
| 2:24 p.m. | Mr. Mueller begins recross examination of Mr. Padian |
| 2:25 p.m. | Mr. Alavi calls Jim Bergman; Witness sworn |
| 2:26 p.m. | Mr. Alavi begins direct examination of Mr. Bergman |
| 2:31 p.m. | Mr. Alavi offers Mr. Bergman as an expert in the field of patent valuation damages and licensing; Ms. Frazier states no objection |
| 2:49 p.m. | Ms. Frazier objects as outside the scope of report; Mr. Alavi will move on |
| 3:06 p.m. | Jury out |

| | |
|---|---|
| 3:06 p.m. | Court discusses going longer with testimony today; Counsel state no objection |
| 3:07 p.m. | Court discusses Plaintiff resting and JMOLs; Mr. Alavi states Plaintiff will rest after this witness; Mr. Mueller suggests reserving JMOL motions until the conclusion of evidence; Mr. Alavi agrees |
| 3:08 p.m. | Recess |
| 3:26 p.m. | Court advises that we will go until about 5:30 p.m. today |
| 3:27 p.m. | Jury in |
| 3:28 p.m. | Mr. Alavi continues direct examination of Mr. Bergman |
| 3:35 p.m. | Courtroom sealed |
| 3:45 p.m. | Courtroom unsealed |
| 3:45 p.m. | Ms. Frazier begins cross examination of Mr. Bergman |
| 3:59 p.m. | Bench conference |
| 4:01 p.m. | Ms. Frazier continues cross examination of Mr. Bergman |
| 4:34 p.m. | Mr. Alavi begins redirect examination of Mr. Bergman |
| 4:37 p.m. | Ms. Frazier objects as outside scope of testimony; Mr. Alavi responds; Court will allow |
| 4:34 p.m. | Ms. Frazier objects as leading; Court sustains |
| 4:35 p.m. | Ms. Frazier begins recross examination of Mr. Bergman |
| 4:45 p.m. | Mr. Alavi begins redirect examination of Mr. Bergman |
| 4:46 p.m. | Bench conference |
| 4:50 p.m. | Mr. Alavi states Plaintiff rests |
| 4:51 p.m. | Jury out |
| 4:52 p.m. | Recess |

| | |
|---|---|
| 5:00 p.m. | Jury in |
| 5:02 p.m. | Mr. Mueller begins opening statement for Defendant |
| 5:32 p.m. | Jury out |
| 5:33 p.m. | Court addresses jury instructions and verdict and requests filing of final set on docket by 9 a.m. tomorrow; Court will have a charge conference tomorrow; Court discusses modifying deadline for exchanging demonstratives for closings and requests parties to meet and confer and agree to exchanging deadline that will allow Court to timely consider any objections |
| 5:37 p.m. | Melissa Smith reads in exhibits used by Defendant on 4/22/26 – DTX-47, 49 and PX 124.3; Ms. Jones states no objections |
| 5:37 p.m. | Connie Jones reads in exhibits used by Plaintiff on 4/22/26 – PX-53, 56, 60, 61, 62, 63, 124.2, 124.8, 124.12, 124.15, 124.16, 124.17 and 124.25 |
| 5:39 p.m. | Adjourned |