# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| EIREOG INNOVATIONS LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-224-RWS-RSP |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

MINUTES FOR JURY TRIAL (DAY FOUR)
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
APRIL 24, 2026

OPEN: 8:42 a.m.                                                    ADJOURN: 4:52 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Amir Alavi, Demetrios Anaipakos, Scott Clark, Masood Anjom, Amy Hayden, Greg Love, Connie Jones |
| ATTORNEY FOR DEFENDANT: | Joseph Mueller, Dominic Massa, Louis Tompros, Sarah Frazier, Steven Horn, Melissa Smith |
| LAW CLERK: | Vania Wang |
| COURTROOM DEPUTY: | Shedera Combs |
| COURT REPORTER: | Shelly Holmes |

| | |
|---|---|
| 8:42 a.m. | Outside the presence of the jury |
| 8:42 a.m. | Court questions re overnight objections to slides that have been withdrawn; Counsel confirm |
| 8:42 a.m. | Amir Alavi addresses issue re Dr. Witchel's anticipated testimony; Joseph Mueller responds; Mr. Alavi responds; Court questions re relevance; Mr. Alavi responds; Court will consider if door is open during direct |
| 8:55 a.m. | Amy Hayden addresses objection to use of DTX-222 with Dr. Witchel; Dominic Massa responds; Court questions re expert relying on trial testimony; Ms. Hayden |

|            | responds; Court inquires as to line of questioning; Mr. Massa responds; Court will allow |
|------------|--|
| 9:00 a.m.  | Ms. Hayden addresses objections to documents 53, 54, 57 and 59; Mr. Massa responds; Court questions re disclosure; Mr. Massa responds; Ms. Hayden responds; Court will consider based on testimony coming in |
| 9:04 a.m.  | Mr. Mueller addresses anticipated testimony and plan to rest; Court questions re rebuttal case; Mr. Alavi confirms |
| 9:06 a.m.  | Jury in |
| 9:06 a.m.  | Mr. Mueller calls James Prusko by videotape deposition |
| 9:07 a.m.  | Video deposition played |
| 9:17 a.m.  | Mr. Mueller calls Dr. Emmett Witchel; Witness sworn |
| 9:18 a.m.  | Mr. Massa begins direct examination of Dr. Witchel |
| 9:22 a.m.  | Mr. Massa offers Dr. Witchel as an expert in the field of computer architecture and systems; Mr. Alavi states no objection |
| 9:44 a.m.  | Bench conference |
| 9:48 a.m.  | Mr. Massa continues direct examination of Dr. Witchel |
| 9:55 a.m.  | Mr. Alavi objects as leading; Court sustains |
| 9:58 a.m.  | Mr. Alavi objects as leading; Court sustains |
| 9:59 a.m.  | Courtroom sealed |
| 10:05 a.m. | Courtroom unsealed |
| 10:35 a.m. | Jury out |
| 10:36 a.m. | Recess |
| 10:48 a.m. | Jury in |
| 10:50 a.m. | Mr. Alavi begins cross examination of Dr. Witchel |

| 11:25 a.m. | Mr. Alavi objects as nonresponsive; Court sustains |
|---|---|
| 11:33 a.m. | Bench conference |
| 11:35 a.m. | Mr. Massa objects as not in evidence; Mr. Alavi states it is in evidence; Court will allow a couple of questions |
| 11:46 a.m. | Courtroom sealed |
| 11:47 a.m. | Courtroom unsealed |
| 11:48 a.m. | Mr. Massa begins redirect examination of Dr. Witchel |
| 11:57 a.m. | Jury out |
| 11:58 a.m. | Recess |
| 1:00 p.m. | Outside the presence of the jury; Court discusses JMOLs and jury instructions with counsel |
| 1:04 p.m. | Jury in |
| 1:05 p.m. | Mr. Massa continues redirect examination of Dr. Witchel |
| 1:18 p.m. | Mr. Alavi begins recross examination of Dr. Witchel |
| 1:25 p.m. | Mr. Massa begins redirect examination of Dr. Witchel |
| 1:30 p.m. | Mr. Mueller states that Defendant rests |
| 1:30 p.m. | Mr. Alavi calls Dr. Brogioli in rebuttal |
| 1:31 p.m. | Bench conference |
| 1:19 p.m. | Mr. Alavi begins direct examination of Dr. Brogioli |
| 1:43 p.m. | Courtroom sealed |
| 1:47 p.m. | Courtroom unsealed |
| 1:52 p.m. | Mr. Mueller objects as leading; Court sustains |
| 1:59 p.m. | Mr. Mueller begins cross examination of Dr. Brogioli |

| | |
|---|---|
| 1:39 p.m. | Mr. Alavi objects as hearsay; Mr. Mueller will rephrase |
| 2:45 p.m. | Mr. Alavi begins redirect examination of Dr. Brogioli |
| 2:48 p.m. | Mr. Mueller objects as leading; Court sustains |
| 2:50 p.m. | Mr. Mueller objects as leading; Court sustains |
| 2:52 p.m. | Mr. Alavi states Plaintiff rests; Mr. Mueller states Defendant rests |
| 2:52 p.m. | Bench conference |
| 2:55 p.m. | Court explains remainder of trial procedure to jury and asks they be here at 10 a.m. on Monday |
| 2:58 p.m. | Jury out |
| 3:00 p.m. | Recess |
| 3:12 p.m. | Mr. Anaipakos argues issue with regard to Cisco not calling Dr. Perryman; Mr. Mueller responds; Court questions re MIL; Mr. Anaipakos responds; Mr. Mueller responds; Court will consider |
| 3:26 a.m. | Mr. Mueller states parties' agreement re JMOLs; Mr. Alavi responds; Mr. Mueller responds |
| 3:28 p.m. | Mr. Anaipakos questions re closing procedure; Court responds |
| 3:30 p.m. | Mr. Alavi states parties' agreement as to closing objections – objections due at 1 p.m. on Sunday with responses due at 2 p.m. |
| 3:32 p.m. | Masood Anjom argues Plaintiff's Rule 50 motion with respect to invalidity |
| 3:37 p.m. | Connie Jones argues Plaintiff's Rule 50 motion with respect to Cisco's license defense |
| 3:52 p.m. | Ms. Hayden argues Plaintiff's Rule 50 motion with respect to infringement |
| 3:59 p.m. | Tom Saunders argues Defendant's Rule 50 motion with respect to non-infringement, invalidity, damages |
| 4:10 p.m. | Court will carry JMOL motions and parties have agreed to submit motion on |

damages in writing

| | |
|---|---|
| 4:13 p.m. | Ms. Hayes reads in exhibits used by Plaintiff on Thursday: PX-17, 18, 135 and 139; Steven Horn states no objection; Court will receive |
| 4:14 p.m. | Mr. Horn reads in exhibits used by Defendant on Thursday: DTX 2, 15, 16, 19, 48 and 222; Ms. Hayes states no objection; Court will receive |
| 4:16 p.m. | Court conducts informal charge conference |
| 4:52 p.m. | Adjourned |