**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EIREOG INNOVATIONS LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-224-RWS-RSP |
| | § | |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

MINUTES FOR JURY TRIAL (DAY FIVE)
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
APRIL 27, 2026

OPEN: 8:41 a.m.                                      ADJOURN: 3:04 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Amir Alavi, Demetrios Anaipakos, Scott Clark, Masood Anjom, Amy Hayden, Greg Love, Connie Jones |
| ATTORNEY FOR DEFENDANT: | Joseph Mueller, Dominic Massa, Louis Tompros, Sarah Frazier, Steven Horn, Melissa Smith |
| LAW CLERK: | Vania Wang |
| COURTROOM DEPUTY: | Shedera Combs |
| COURT REPORTER: | Shelly Holmes |

| | |
|---|---|
| 8:41 a.m. | Outside the presence of the jury |
| 8:42 a.m. | Court comments on revisions and takes up objections to jury instructions; Masood Anjom states objections; Steven Horn states objections; Mr. Anjom responds; Court questions re modifying and removing some instructions; Mr. Anjom responds; Mr. Horn responds |
| 8:50 a.m. | Court questions re objections |
| 8:50 a.m. | Court questions re Dr. Perryman; Amir Alavi confirms Plaintiff will not mention; Sarah Frazier states resolved |

| | |
|---|---|
| 8:52 a.m. | Recess |
| 9:58 a.m. | Jury in |
| 9:59 a.m. | Court gives final jury instructions |
| 11:01 a.m. | Recess |
| 11:13 a.m. | Ms. Frazier reads in Defendant's exhibits – DTX 53 and 68; Mr. Alavi states no objection; Court admits exhibits |
| 11:16 a.m. | Demetrious Anaipakos begins Plaintiff's closing argument |
| 11:48 a.m. | Joseph Mueller gives Defendant's closing argument |
| 12:35 p.m. | Mr. Anaipakos concludes Plaintiff's closing argument |
| 12:47 p.m. | Bench conference |
| 12:49 p.m. | Court gives final instructions to jury for deliberations |
| 12:51 p.m. | Jury out |
| 12:51 p.m. | Court requests parties to remain within 10 minutes of the courthouse during deliberations |
| 12:52 p.m. | Recess |
| 2:47 p.m. | Outside the presence of the jury |
| 2:47 p.m. | Court states two juror notes have been received – one naming foreperson and one stating a verdict has been reached |
| 2:48 p.m. | Jury in |
| 2:50 p.m. | Court addresses foreperson who confirms unanimous verdict has been reached |
| 2:51 p.m. | Verdict read |
| 2:54 p.m. | Jury polled; All seven jurors confirmed verdict |
| 2:54 p.m. | Court questions re desire to review verdict; Counsel state no |

| | |
|---|---|
| 2:54 p.m. | Court accepts verdict and it will be filed with the Clerk of Court; Counsel state no objection |
| 2:55 p.m. | Court gives final instructions and releases jurors |
| 2:59 p.m. | Jury out |
| 3:00 p.m. | Court discusses post-trial motions and requests parties meet and confer on briefing schedule and file agreement on docket by next Monday; Counsel agree |
| 3:00 p.m. | Court makes remarks re trial |
| 3:04 p.m. | Adjourned |