IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EIREOG INNOVATIONS LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-224-RWS-RSP |
| | § | *LEAD CASE* |
| CISCO SYSTEMS, INC., | § | |
| | § | |
| Defendant. | § | |

## VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- "**EireOg**" refers to Plaintiff EireOg Innovations Ltd.

- "**Cisco**" refers to Defendant Cisco Systems, Inc.

- The " **'777 Patent**" refers to U.S. Patent No. 8,504,777

- The "**Asserted Claims**" refers collectively to claims 16 and 19 of the '777 Patent.

# IT IS VERY IMPORTANT THAT YOU FOLLOW THE

# INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

# READ THEM CAREFULLY AND ENSURE THAT YOUR

# VERDICT COMPLIES WITH THEM

## QUESTION NO. 1

Did **EireOg** prove by a preponderance of the evidence that **Cisco** infringed ANY of the Asserted Claims of the '777 Patent?

Answer "Yes" for **EireOg** or "No" for **Cisco**.

Yes: _____ **OR** No: _No_

**Regardless if you answered "Yes" or "No" to Question No. 1, proceed to answer Question No. 2.**

## QUESTION NO. 2

Did **Cisco** prove by a preponderance of the evidence that at some point after the License's Effective Date of August 8, 2022, the '777 Patent was directly or indirectly controlled, licensable, or in any way enforceable by Atlantic IP Services LLC and/or Atlantic IP Services Limited?

Answer "Yes" for **Cisco** or "No" for **EireOg**.

Yes: _Yes_ **OR** No: _____

If you answered Question No. 1 "No," do NOT answer any other questions after this point, leave the remaining questions unanswered, and go to the final page of this Verdict Form. Also, if you answered Question No. 2 "Yes," do NOT answer any other questions after this point, leave the remaining questions unanswered, and go to the final page of this Verdict Form.

## **QUESTION NO. 3**

Did **Cisco** prove by clear and convincing evidence that Any Asserted Claim found to be infringed is invalid?

Answer "Yes" for **Cisco** or "No" for **EireOg**.

Yes: \_\_\_\_\_ **OR** No: \_\_\_\_\_

If you answered NO for Question No. 1 <u>or</u> if you answered YES for Question No. 2 <u>or</u> if you answered YES for Question No. 3, do NOT answer any other questions after this point, leave the remaining questions unanswered, and go to the final page of this Verdict Form.

To be clear, only answer Question No. 4 if you found infringement ("Yes" as to Question No. 1), if you found that Cisco was not licensed ("No" as to Question No. 2), <u>and</u> found an infringed claim not invalid ("No" as to Question No. 3).

## QUESTION NO. 4A

If you found that **Cisco** has infringed a valid claim of the '777 Patent, what sum of money has **EireOg** proven by a preponderance of the evidence would compensate it for the infringement?

Answer in United States Dollars and Cents, if any:

$_____

## QUESTION NO. 4B

Is the total amount you found in Question No. 4A above (1) a running royalty through April 27, 2026 or (2) a lump sum royalty for the life of the patent?

A running royalty through April 27, 2026: _____

**OR**

A lump sum royalty for the life of the patent: _____

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 27 day of April , 2026

██████████████████████

Jury Foreperson