# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| EIREOG INNOVATIONS LTD.,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS INC.,<br><br>Defendant. | § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00224-RWS<br>*LEAD CASE* |
| EIREOG INNOVATIONS LTD.,<br><br>Plaintiff,<br><br>v.<br><br>FORTINET, INC.,<br><br>Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00225-RWS<br>*MEMBER CASE* |
| EIREOG INNOVATIONS LTD.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00226-RWS<br>*MEMBER CASE* |

## ORDER

Before the Court is Plaintiff EireOg Innovations Ltd.'s Unopposed Motion to Stay as to Fortinet, Inc. and International Business Machines Corporation. Docket No. 569. In the motion, EireOg asks the Court to stay the member cases pending resolution of post-trial briefing and the appeal process in the lead case, *EireOg Innovations Ltd. v. Cisco Systems, Inc.*, No. 2:24-cv-00224-RWS. *Id.* at 1. After review, and because it is unopposed, the motion to stay (Docket No. 569) is **GRANTED**. Accordingly, it is

**ORDERED** that *EireOg Innovations Ltd. v. Fortinet, Inc.*, No. 2:24-CV-00225-RWS, and *EireOg Innovations, Ltd. v. International Business Machines Corp.*, No. 2:24-CV-00226-RWS, are **STAYED** pending resolution of post-trial briefing and any appeal the parties may file in *EireOg Innovations, Ltd. v. Cisco Systems, Inc.*, No. 2:24-CV-00224-RWS. All deadlines in the lead case remain unaffected. It is further

**ORDERED** that EireOg shall inform the Court of the resolution of any appeal within **fourteen (14) days** of the final decision of the appellate court.

**So ORDERED and SIGNED this 12th day of May, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE